■ GLORIA RACE et al., Appellants, v GENERAL ELECTRIC COMPANY et al., Defendants, and VALERON CORPORATION et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in decision at Special Term, Stone, J.— (Appeal from judgment of Supreme Court, Onondaga County, Stone, J.—dismiss complaint.) Present—Doerr, J. P., Boomer, Green and Pine, JJ.